**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**CIVIL ACTION NO.  98-cv-00068-WYD**

**Peggy Sue Saiz,**

       **Plaintiff(s),**

**vs.**

**Joe Ortiz, et al.,**

       **Defendant(s).**

**ORDER RETURNING STATE COURT RECORD**

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final.  It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

Dated:  August 2, 2005

       BY THE COURT:

       s/ Wiley Y. Daniel
       Wiley Y. Daniel
       U. S. District Judge